## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RICHARD D. BEAVER, | : | No. 59 WAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | December 6, 2019 at No. 674 MD |
| v. | : | 2018 |
| | : | |
| | : | |
| JOHN WETZEL, SECRETARY, | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, AND MELINDA ADAMS, | : | |
| SUPERINTENDENT, SCI-MERCER,  AND | : | |
| RHONDA JOLLEY, INMATE ACCOUNTS, | : | |
| SCI-MERCER, | : | |
| | : | |
| Appellees | : | |

## **ORDER**

**PER CURIAM**

　　**AND NOW,** this 20th day of January, 2021, the order of the Commonwealth Court is **AFFIRMED**.